# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK DAIGREPONT

VERSUS

EXXON MOBIL CORPORATION, EXXONMOBIL
OIL CORPORATION, EXXONMOBIL PIPELINE
COMPANY, TURNER INDUSTRIES GROUP,
LLC, TURNER INDUSTRIAL MAINTENANCE,
LLC, AND FLOWSERVE US, INC.

NO.  2019 CW 1366

### CONSOLIDATED WITH

RODNEY WANNER

VERSUS

EXXON MOBIL CORPORATION, EXXONMOBIL
GLOBAL SERVICES COMPANY, EXXONMOBIL
CHEMICAL COMPANY, EXXONMOBIL
RESEARCH & ENGINEERING COMPANY,
BROCK INDUSTRIAL SERVICES LLC, TOTAL
SAFETY U.S., INC., UNITED RENTALS
(NORTH AMERICA), INC., FLOWSERVE US,
INC. AND JONATHON ZACHARY

**OCTOBER 24, 2019**

---

In Re:    Exxon Mobil Corporation, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 657026 c/w 658372.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

  **WRIT GRANTED.**  The district court's ruling of October 2, 2019, granting plaintiffs', Derrick Daigrepont and Rodney Wanner's, Motion for Partial Summary Judgment, is reversed. Genuine issues of material fact remain for trial. See La. Code Civ. P. art. 966.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT